**Jamie JACKSON, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

**No. ED 76185.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 15, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 14, 2000.

Application for Transfer Denied
April 25, 2000.

Emmett D. Queener, Asst. Public Defender, Columbia, for appellant.

unless otherwise indicated.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., ROBERT G. DOWD, Jr., J. and SHERRI B. SULLIVAN, J.

*ORDER*

PER CURIAM.

Jamie Jackson, movant, appeals from the judgment denying on the merits his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We have reviewed the record on appeal and the briefs of the parties and find the motion court's judgment is based on findings of fact that are not clearly erroneous. An extended opinion would have no precedential value. We have, however, prepared a memorandum opinion setting forth the reasons for our decision for the use of the parties only. We affirm the judgment pursuant to Rule 84.16(b).